NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000467
27-FEB-2020
09:24 AM

NO. CAAP-19-0000467

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

WELLS FARGO BANK, N.A., Plaintiff-Appellee, v. WENGIE
M. PILLOS; AMY R. PILLOS; DANILO S. PILLOS;
MACRINA A. PILLOS; Defendants-Appellants, WAIEHU
TERRACE COMMUNITY ASSOCIATION; DIRECTOR OF
DEPARTMENT OF TAXATION STATE OF HAWAI'I;
Defendants-Appellees, JOHN DOES 1-10; JANE DOES
1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS
1-10; DOE ENTITIES 1-10 and GOVERNMENTAL UNITS
1-10, Defendants, LEGACY DEVELOPMENTS, LLC, Real
Party Interest

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 14-1-0489(1))

ORDER DISMISSING APPEAL
(By: Ginoza, Chief Judge, Chan and Hiraoka, JJ.)

Upon review of the record, it appears that:

(1) On June 26, 2019, self-represented Defendants-Appellants Amy R. Pillos, Wengie M. Pillos, Danilo S. Pillos, and Macrina A. Pillos (the Pilloses) filed the notice of appeal;

(2) On July 8, 2019, the circuit court clerk filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before July 18, 2019, and August 19, 2019, respectively;

(3) The Pilloses did not file either document or request an extension of time;

(4) On September 4, 2019, the appellate clerk notified the Pilloses that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on September 16, 2019, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and the Pilloses may request relief from default by motion; and

(5) The Pilloses took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, February 27, 2020.

Chief Judge

Associate Judge

Associate Judge